Brian Joseph McMONAGLE,
Petitioner–Appellant,

v.

Don L. MEYER, Chief Probation Officer, Sacramento County, Respondent–Appellee.

No. 12–15360.

United States Court of Appeals, Ninth Circuit.

April 3, 2015.

Charles Marchand Bonneau, II, Esquire, Sacramento, CA, for Petitioner–Appellant.

Brian G. Smiley, Supervising Deputy Attorney General, Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

### ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.